## 42037. ETHERIDGE v. WOODMEN OF THE WORLD LIFE INSURANCE SOCIETY.

PER CURIAM. The judgment of this court in 114 Ga. App. 807 (152 SE2d 773) having been reversed by the Supreme Court in *Woodmen of the World Life Ins. Soc. v. Etheridge,* 223 Ga. 231 (154 SE2d 369), the judgment of this court is vacated. As the judgment of this court must be conformed to the judgment of the Supreme Court, the judgment of the trial court is accordingly

*Affirmed. Felton, C. J., Bell, P. J., Jordan, P. J., Hall, Eberhardt, Pannell, and Deen, JJ., concur. Quillian and Joslin, JJ., not participating.*

DECIDED MAY 19, 1967.

*Bloch, Hall, Groover & Hawkins, Denmark Groover, Jr., F. Kennedy Hall, Ellsworth Hall, III, George L. Jackson,* for appellant.

*Anderson, Walker & Reichert, Albert P. Reichert, Jr.,* for appellee.